# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R&S St. Rose, LLC.<br><br>    Debtor.<br><br>BRANCH BANKING AND TRUST COMPANY, SUCCESSOR IN INTEREST TO FDIC AS RECEIVER FOR COLONIAL BANK, N.A., *et al.*,<br><br>    Appellants,<br><br>v.<br><br>R&S ST. ROSE, LLC, *et al.*,<br><br>    Defendants. | Consolidated Cases:<br><br>Case No. 2:12-cv-01615-LDG (GWF)<br>Case No. 2:12-cv-01617-LDG (GWF)<br>Case No. 2:12-cv-01647-LDG (GWF)<br>Case No. 2:12-cv-01667-LDG (GWF)<br><br>Bankruptcy Case No. 11-14974-MKN<br>Chapter 11<br><br>Bankruptcy Case No. 11-14973-MKN<br>Chapter 11<br><br>Appeal Ref. No. 12-39<br>Appeal Ref. No. 12-40<br>Appeal Ref. No. 12-43<br>Appeal Ref. No. 12-44 |

### ORDER DENYING MOTION TO DISMISS APPEAL

Appellee R&S St. Rose, LLC, moves to dismiss (#57) the appeal of the Bankruptcy Court Order that denied Appellants motion for substantive consolidation of bankruptcy estates of R&S St. Rose, LLC and R&S St. Rose Lenders, LLC. Appellants Branch

1  Banking and Trust Company and Commonwealth Land Title Insurance Company oppose
2  the motion (## 58, 59).
3        The appellee argues that because the Nevada Supreme Court affirmed the state
4  district court's order, this matter is moot.  As argued by the appellants, however, the issue
5  raised on appeal concerns whether the bankruptcy court erred in considering the state
6  district court's order because that state court order was not relevant to the issues
7  presented in the motion before the bankruptcy court.  Regardless of whether the Nevada
8  Supreme Court affirmed the state district court, the issue remains before this Court whether
9  the bankruptcy court erred in relying on that state district court order.  Accordingly,
10        THE COURT **ORDERS** that Appellee R&S St. Rose, LLC's Motion to Dismiss (#57)
11  the appeal is DENIED.

13  DATED this 18 day of March, 2014.

15  Lloyd D. George
16  United States District Judge

2